The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and<br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. CR23-178 RAJ and<br>NO. CR23-179 RAJ<br><br>**GOVERNMENT'S SUPPLMENTAL MOTION REGARDING SEAL**<br><br>**(FILED UNDER SEAL)** |

The Court has previously granted motions sealing these cases, and filings in the cases, until 9:00 a.m. on the morning of the plea hearings (which were not set at the time of the initial motions to seal). The plea hearings are now set to begin at 10:00 a.m. on November 21, 2023. After further consideration the United States requests, with the consent of the Defendants, that the case remain sealed, with no entries on the public calendar or docket, until the plea hearing begins at 10:00 a.m. The United States submits that this adjustment will minimize market disruption and inaccurate speculation that could harm third parties.

Motion to Seal - 1
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 20th day of November, 2023.

2

3  MARGARET A. MOESER  TESSA M. GORMAN
   Acting Chief  Acting United States Attorney
4  Money Laundering and Asset Recovery  Western District of Washington
   Section, Criminal Division  U.S. Department of Justice
5  U.S. Department of Justice

6
   /s Kevin G. Mosley  /s Michael Dion
7  Kevin G. Mosley  Michael Dion
   Elizabeth R. Carr  Assistant United States Attorney
8  Trial Attorneys

9
   JENNIFER KENNEDY GELLIE
10 Acting Chief
   Counterintelligence and Export Control Section, National Security Division
11 U.S. Department of Justice

12
   /s Beau D. Barnes
13 Beau D. Barnes
   Alex Wharton
14 Trial Attorneys

15

16

17

18

19

20

21

22

23

24

25

26

27

Motion to Seal - 2  
*United States v. Binance*, CR23-178RAJ  
*United States v. Zhao*, CR23-179JHC  

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

# CERTIFICATE OF SERVICE

I, Michael Dion certify that I served this filing by email on counsel for the defense on November 20, 2023.

/s Michael Dion
MICHAEL DION
Assistant United States Attorney

Motion to Seal - 3
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970