The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and<br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. CR23-178 RAJ and<br>NO. CR23-179 RAJ<br><br>[Proposed] ORDER GRANTING SUPPLEMENTAL MOTION REGARDING SEAL<br><br>**FILED UNDER SEAL** |

The United States has moved to modify the previously entered orders providing for unsealing of these cases at 9:00 a.m. on the morning of the plea hearings. The United States now requests that the cases and dockets remain sealed and off the public calendar until the hearing begins at 10:00 a.m. on November 21, 2023.

For the reasons set forth in the motion of the United States, the Court finds that there are compelling reasons to modify the seal, that those reasons outweigh the public's interest in immediate disclosure, and that there is no effective alternative to the modification. Accordingly, the Court ORDERS that the matters may be unsealed and placed on the public docket and calendar at 10:00 a.m. on November 21, 2023 (other than

Order to seal- 1
*United States v. Zhao*/CR23-179RAJ
*United States v. Binance*/CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  matter sealed pursuant to separate sealing motions).

3  IT IS ORDERED

4  DATED this _____ day of November, 2023.

_____
HON. RICHARD A. JONES

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order to seal- 2
*United States v. Zhao*/CR23-179RAJ
*United States v. Binance*/CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970