

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, LOBBY LEVEL**
**700 STEWART STREET**
**SEATTLE, WASHINGTON 98101**
**(206) 370-8400**

**RAVI SUBRAMANIAN**　　　　　　　　　　　　　　　　　　　　　　　**ERIC SMITS**
**District Court Executive**　　　　　　　　　　　　　　　　　　　　　**Chief Deputy Clerk**
**Clerk of Court**

# INSTRUCTIONS FOR COMPLETION OF
# APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

### Pro Hac Vice Attorney Requirements

Pro Hac Vice Attorney Applicant must:

1. Obtain local counsel (see Local Counsel Requirements).

2. Fill out all sections of the Application for Leave to Appear Pro Hac Vice (attached) except for the Statement of Local Counsel.

3. Send the Application to local counsel to complete.

4. Submit a Pro Hac Vice access request from attorney pacer.uscourts.gov account (see Pro Hac Vice Application Guide for information on when this needs to be done).

### Local Counsel Requirements

Local Counsel must:

1. Be admitted to practice before this Court.

2. Have a physical office within the geographical boundaries of the Western District of Washington.

3. Formally appear (LCR 83.2(a)) in the case in which the attorney files the Application.

4. Complete and sign the Statement of Local Counsel section of the Application for Leave to Appear Pro Hac Vice signifying the attorney has read and understands their responsibilities as local counsel.

5. Electronically file and pay the fee for the completed application (either **Civil** or **Criminal**), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**.

---

The court will review applications and upon approval docket an Order in the case.

Questions regarding Pro Hac Vice applications:　　　Questions regarding Electronic Case Filing (ECF):
　　Jesse Curry 206-370-8439　　　　　　　　　　　　　　ECF Help Desk 1-866-323-9293

　　WAWD_Admissions@wawd.uscourts.gov　　　　　　cmecf@wawd.uscourts.gov



# United States District Court
# Western District of Washington

| UNITED STATES OF AMERICA | Case Number: 23-cr-179 |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

V.

CHANGPENG ZHAO, aka "CZ,"

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Benjamin Naftalis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Changpeng Zhao, aka "CZ,"

The particular need for my appearance and participation is:

I am one of the lead counsel for the Defendant.

I, Benjamin Naftalis understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2023      Signature of Applicant: s/ Benjamin Naftalis

**Pro Hac Vice Attorney**

Applicant's Name: Benjamin Naftalis

Law Firm Name: Latham & Watkins LLP

Street Address 1: 1271 Avenue of the Americas

Address Line 2:

City: New York State: NY Zip: 10020

Phone Number w/ Area Code: +1.212.906.1713 Bar #: 4305249 State: NY

Primary E-mail Address: benjamin.naftalis@lw.com
*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: _____
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Benjamin Naftalis is unable to be present upon any date assigned by the court.

Date: 11-20-23  Signature of Local Counsel: s/ M A Bartlett

Local Counsel's Name: Mark Bartlett

Law Firm Name: Davis Wright Tremaine, LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 920 Fifth Avenue Ste. 3300

Address Line 2:

City: Seattle State: WA Zip: 98104

Phone Number w/ Area Code: (206)757-8298 Bar #: 15672



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed __11/20/23__   Signature  s/__Benjamin Naftalis__
   *(Pro Hac Vice applicant name)*

---