Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | NO. CR23-179RAJ<br><br>WAIVER OF INDICTMENT |

I, CHANGPENG ZHAO, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

//
//
//

Waiver of Indictment - 1
*United States v. Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 21st day of November, 2023.

_____
CHANGPENG ZHAO
Defendant

_____
BENJAMIN A. NAFTALIS
Attorney for Defendant

_____
WILLIAM A. BURCK
Attorney for Defendant

**FOR THE DEPARTMENT OF JUSTICE:**

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

/s Kevin Mosley
KEVIN G. MOSLEY
ELIZABETH R. CARR
Trial Attorneys

JENNIFER K. GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

/s Beau Barnes
BEAU BARNES
ALEX WHARTON
Trial Attorneys

TESSA M. GORMAN
Acting United States Attorney
Western District of Washington
U.S. Department of Justice

/s Michael Dion
MICHAEL DION
Assistant United States Attorney

Waiver of Indictment - 2
*United States v. Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Approved:

_____
HON. BRIAN A. TSUCHIDA
United States Magistrate Judge

Waiver of Indictment - 3
United States v. Zhao, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970