```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      NOV 21 2023

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | NO. CR23-179RAJ<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter plea of guilty to the charge contained in Count 1 of the Information in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//

Consent To Rule 11 Plea - 1
United States v. Zhao, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 21st day of November, 2023.

_____
CHANGPENG ZHAO
Defendant

_____
WILLIAM A. BURCK
Attorney for Defendant


APPROVED:


/s Michael Dion
MICHAEL DION
Assistant United States Attorney

Consent To Rule 11 Plea - 2
United States v. Zhao, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970