

# United States District Court
*Western District of Washington*

---

UNITED STATES OF AMERICA,
vs.
# CHANGPENG ZHAO

# APPEARANCE BOND
## CASE No: CR23-179 RAJ

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 700 Stewart Street, Seattle, Washington; Courtroom 13106*, on Friday, February 23, 2024 at 9:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

**CASH or COLLATERAL:**

1. $175 million personal recognizance bond.
2. $15 million held in DWT trust account.
3. Property pledged by FRP: No property must be posted as security with the court, but the owner(s) must complete and sign an Agreement to Forfeit Property form. The Agreement describes, by legal description or address, the property required by the Court. If defendant violates any condition of this appearance bond, the Court can order forfeited all property or cash that was posted as security or identified in an Agreement to Forfeit.
4. Guarantor #1 - $250,000
5. Guarantor #2 - $100,000

**OTHER SPECIAL CONDITIONS:**

- Defendant shall return to the United States fourteen days before the scheduled Sentencing date.
- The United States will seek review of this Order. If the assigned District Judge denies review, this Order will be effective on Monday, 11/27/2023 at 5:00pm. If the District Judge grants review by 11/27/2023, Defendant shall remain in the United States pending the District Judge's decision.

v05162023

CHANGPENG ZHAO                                                                                         CR23-179 RAJ

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X _[signature]_ | **November 21, 2023** | **SEATTLE, WA** |
|---|---|---|
| Signature | Date Signed | City, State |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**November 21, 2023**                                          _[signature]_
Date Signed                                                    Brian A. Tsuchida
                                                               UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*