The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANPGENG ZHAO, aka "CZ,"<br><br>Defendant. | NO. CR23-179RAJ<br><br>[Proposed] ORDER<br>RE DEFENDANT'S PRESENTENCING TRAVEL RESTRICTIONS |

The United States has moved for review of the United States Magistrate Judge's denial of a bond condition requiring Defendant Changpeng Zhao to remain in the continental United States pending sentencing. Having considered the filings of the parties, the Court finds that Mr. Zhao presents an unacceptable risk of flight and non-appearance if he is allowed to leave the United States pending sentencing. The Court bases this finding on the totality of the information in the record, including information showing that: (1) Mr. Zhao is extremely wealthy; (2) much of his wealth is likely beyond the reach of U.S. authorities; (3) he resides in, and has favored status in, the United Arab Emirates, a country which has no extradition treaty with the United States; and (4) despite his voluntary appearance to enter his plea, there is a significant possibility that he will choose not to return for sentencing as the prospect of a potential prison sentence

Order re Travel Restrictions - 1
*United States v. Zhao*/CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | draws nearer.

2 | Accordingly, the Court orders that Mr. Zhao's travel be restricted to the
3 | continental United States pending sentencing.

4 | IT IS ORDERED

5 | DATED this _____ day of November, 2023.

HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order re Travel Restrictions - 2
*United States v. Zhao*/CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970