The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHANGPENG ZHAO, <br><br> Defendant. | No. 23-cr-00179RAJ <br><br> NOTICE OF APPEARANCE <br><br> *Clerk's Action Required* |

TO:          CLERK OF THE COURT

AND TO:      ALL PARTIES AND ALL COUNSEL OF RECORD

Please take notice that Matthew Diggs of Davis Wright Tremaine LLP hereby appears as additional counsel of record for Defendant Changpeng Zhao, aka "CZ", in association with Mark N. Bartlett, also of Davis Wright Tremaine LLP. Copies of all further papers and pleadings, except original process, shall be served upon the undersigned attorney at the address stated below.

///

///

///

///

///

NOTICE OF APPEARANCE - 1
(23-cr-00179 RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1 | DATED this 27th day of November, 2023.

Davis Wright Tremaine LLP
Attorneys for Defendant Changpeng Zhao, aka "CZ"

By *s/ Matthew Diggs*
Matthew Diggs, WSBA #36331
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: matthewdiggs@dwt.com

NOTICE OF APPEARANCE - 2
(23-cr-00179 RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those individuals who have appeared in this action.

DATED November 27, 2023

                                          *s/ Matthew Diggs*
                                          Matthew Diggs, WSBA #36331

NOTICE OF APPEARANCE - 3
(23-cr-00179 RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax