The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | No. CR23-179 RAJ<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL GOVERNMENT COUNSEL** |

Please take notice that the undersigned AUSA appears as additional counsel for the United States in this matter.

December 4, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 588-9582
jonas.lerman@usdoj.gov

Notice of Appearance of Add'l Gov't Counsel – 1
*United States v. Zhao*, CR23-179 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970