HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHANGPENG ZHAO,<br><br>    Defendant. | No. 2:23-cr-00179-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court on Defendant's Motion to Seal Unredacted Version of Defendant's Opposition to Government's Motion for Review of the Magistrate Judge's Ruling on Defendant's Presentencing Travel Restrictions. Dkt. 37. Having found good cause, the Court **GRANTS** the motion to seal.

DATED this 12th day of December, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL - 1