The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>CHANGPENG ZHAO<br><br>                Defendant. | No. CR23-179 (RAJ)<br><br>DEFENDANT'S MOTION TO SEAL MOTION RELATED TO PERMIISSION TO TRAVEL<br><br>Note for Motion:  December 27, 2023 |

      DEFENDANT CHANGPENG ZHAO moves the Court for an order sealing Defendant's Motion to Seal Submission for Permission to Travel, the Submission to Travel and the Proposed Order related to Motion to Seal Submission for Permission to Travel.  The Motion, Submission and Order should be sealed because they contain sensitive private medical information regarding Mr. Zhao's child.

      Respectfully submitted on this 27th day of December, 2023.

      Davis Wright Tremaine LLP
      Attorney for Defendant Changpeng Zhao, aka "CZ"

      By *s/ Mark N. Bartlett*
      Mark N. Bartlett, WSBA No. 15672
      Davis Wright Tremaine LLP
      920 Fifth Avenue, Suite 3300
      Seattle, WA  98104-1610
      Telephone: 206.622.3150
      Facsimile: 206.757.7700
      Email: markbartlett@dwt.com

MOTION TO SEAL MOTION RELATED TO PERMISSION TO TRAVEL- 1
*[No. CR 23-179- RAJ]*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax