The Honorable Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHANGPENG ZHAO<br><br>  Defendant. | No. CR23-179 (RAJ)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL RELATED TO DEFENDANT'S MOTION TO SEAL SUBMISSION FOR PERMISSION TO TRAVEL, THE SUBMISSION TO TRAVEL AND THE PROPOSED ORDER GRANTING MOTION TO SEAL SUBMISSION FOR PERMISSION TO TRAVEL |

THIS MATTER has come before the Court on the Defendant's Motion to Seal, Motion to Seal Submission for Permission to Travel, the Submission to Travel and the Proposed Order related to Submission for Permission to Travel. Having reviewed the motion and records in this case, the Court finds there are compelling reasons to permit filing the documents under seal.

IT IS HEREBY ORDERED that Motion to Seal Submission for Permission to Travel, the Submission to Travel and the Proposed Order related to Motion to Seal are hereby sealed.

DATED this ___ day of _____, 2023.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL RELATED TO DEFENDANT'S MOTION TO SEAL SUBMISSION FOR PERMISSION TO TRAVEL
*[No. CR 23—179-RAJ]*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax