The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CHANGPENG ZHAO,<br><br>         Defendant. | No. 2 CR23-179 (RAJ)<br><br>NOTICE OF INTENT TO REQUEST REDACTIONS OF TRANSCRIPT |

TO ALL INTERESTED PARTIES:

Defendant CHANGPENG ZHAO ("Defendant"), hereby gives Notice of Intent to Request Redactions to the Telephone Conference Verbatim Report of Proceedings held on December 29, 2023, before the Honorable Judge Richard A. Jones.

These redactions have been provided to the Court Reporter, Marci Chatelain, via email on January 8, 2024, and have been reviewed and agreed to by Government Counsel. The requested redactions pertain to personal health information and other protected information.

DATED this 12th day of January, 2024.

Davis Wright Tremaine LLP
Attorney for Defendant Changpeng Zhao

By *s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150/ Facsimile: 206.757.7700
Email: markbartlett@dwt.com

NOTICE OF INTENT TO REQUEST REDACTIONS
(23-cr-00179-RAJ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the date below, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all parties registered with the CM/ECF system.

DATED: January 12, 2024

                                                *s/ Mark Bartlett*
                                                Mark Bartlett

NOTICE OF INTENT TO REQUEST REDACTIONS
(23-cr-00179-RAJ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax