December 29, 2023     1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR23-179-RAJ |
| Plaintiff, | ) Seattle, Washington |
| v. | ) December 29, 2023 |
|  | ) 10:01 a.m. |
| CHANGPENG ZHAO, |  |
|  | ) Telephone Conference |
| Defendant. |  |
|  | ) REDACTED |

---

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

---

**APPEARANCES:**

For the Plaintiff:   JONAS BLOMBERG LERMAN
                     U.S. Attorney's Office
                     700 Stewart Street, Suite 5220
                     Seattle, WA 98101-1271

                     KEVIN GERARD MOSLEY
                     U.S. Department of Justice
                     Criminal Division
                     Money Laundering and Asset
                     Recovery Section
                     1400 New York Avenue Northwest
                     Washington, DC 20005

For the Defendant:   MARK N. BARTLETT
                     Davis Wright Tremaine
                     920 Fifth Avenue, Suite 3300
                     Seattle, WA 98104-1610

Reported by:         MARCI E.C. CHATELAIN, RMR, CRR
                     Official Court Reporter
                     700 Stewart Street, Suite 17205
                     Seattle, WA 98101
                     marci_chatelain@wawd.uscourts.gov

|       |                                                                                  |
|-------|----------------------------------------------------------------------------------|
|       | PROCEEDINGS                                                                      |

THE COURT: Good morning.

Ms. Ericksen, please call the case.

THE CLERK: Thank you, Your Honor.

We are here in the matter of the United States versus Changpeng Zhao, cause number CR23-179, assigned to this Court.

If counsel, first for the government, could please make your appearance for the record.

10:02:23   MR. LERMAN: Good morning, Your Honor.

This is Jonas Lerman for the United States.

My colleague, Kevin Mosley, of the Money Laundering and Asset Recovery Section, is going to be presenting for the government this morning.

10:02:34   We also have on the line several other DOJ attorneys, but they will stay muted.

THE COURT: Thank you. Good morning.

THE CLERK: And counsel for defendant, please.

MR. BARTLETT: Good morning, Your Honor.

10:02:47   This is Mark Bartlett on behalf of Mr. Zhao. As with Mr. Mosley, I will be speaking on behalf of Mr. Zhao this morning, although co-counsel William Burck is also on the phone and might interject on some matters that he has specific knowledge.

10:03:04   I also want to put on the record that Mr. Zhao is also on

|   |   |   |
|---|---|---|
|   | 1 | the call. |
|   | 2 | THE COURT: All right. Good morning to all of you. |
|   | 3 | MR. BARTLETT: Good morning, Your Honor. |
|   | 4 | THE COURT: And please confirm that we do have a court |
| 10:03:13 | 5 | reporter present. |
|   | 6 | THE CLERK: Yes, Your Honor. Marci Chatelain, our |
|   | 7 | court reporter, is on the line. |
|   | 8 | THE COURT: All right. Thank you. |
|   | 9 | I'll confirm for the benefit of the parties that there are |
| 10:03:24 | 10 | only two documents that have been submitted on behalf of the |
|   | 11 | issue presented to this Court, that's Docket Nos. 48 and 49. |
|   | 12 | The Court has not signed any order regarding the motion to |
|   | 13 | seal, as I expect the parties will address that issue as well. |
|   | 14 | I'll also let you know that the public do not have access |
| 10:03:42 | 15 | to this proceeding. The CARES Act no longer affords that |
|   | 16 | benefit, that has expired, and the public doesn't have access, |
|   | 17 | but the benefit of this hearing is for the parties now present. |
|   | 18 | So there's a motion, I believe, that's been presented by |
|   | 19 | the defense. So, Mr. Bartlett, you may begin. |
| 10:04:02 | 20 | MR. BARTLETT: Thank you, Your Honor. |
|   | 21 | First, I want to thank the Court for scheduling this |
|   | 22 | morning. We all appreciate on the defense side, this is a |
|   | 23 | significant imposition on you, on your staff, and on the |
|   | 24 | government attorneys at any time, but especially during this |
| 10:04:18 | 25 | holiday week. |

```
10:04:29
10:04:50
10:05:09
10:05:27
10:05:41
```

1    I want to especially note our appreciation for the
2    assistance Ms. Ericksen has provided us throughout this week.
3    And I promise, we will keep our comments brief this
4    morning.
5    We understand this is a public hearing, and we recognize
6    the Court's prior admonition that we are reluctant to ever have
7    things sealed in this district, unless there's a specific need.
8    I was very relieved to hear that there's a court reporter
9    here today to take this down.  And I wanted to let the Court
10   know there are two discrete topics that we will be discussing
11   this morning that we are going to ask that they be sealed.  I do
12   not believe the government will have a disagreement with our
13   request, but I'll let Mr. Mosley speak on that.
14   The topics involve, first of all, kind of the core of this
15   proceeding, which, discussion regarding ▮▮▮▮▮▮▮▮▮▮▮▮
16   ▮▮▮ surgery that is upcoming in the UAE.  I think most people
17   recognize that discussions of personal health matters should not
18   be a matter of public record.
19   And the second issue that I also would ask that it be
20   sealed would be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮▮▮
23   THE COURT:  All right.
24   MR. BARTLETT:  So I wanted -- I just wanted to put
25   that out there before we started the hearing.

```
10:05:59   1            THE COURT:  All right.  Let me ask this question,
           2   Mr. Bartlett.  As you know, the rule regarding the sealing of
           3   proceedings or submissions also considers redaction.  Was
           4   redaction a consideration in the interest of providing
           5   transparency?
           6            MR. BARTLETT:  Exactly, Your Honor.  And in fact, I
           7   should have clarified.  My suggestion is that after this hearing
           8   is over that the parties would take a look at the hearing
           9   transcript that is being taken down by the court reporter and,
10:06:15  10   working with the government, get an agreed redacted section.
          11       And as I said, I believe the wide majority of this hearing
          12   will not need to be sealed, but only the specific discussions
          13   regarding ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
          14            THE COURT:  Okay.  Please proceed.
10:06:31  15            MR. BARTLETT:  As we just discussed, the reason for
          16   this telephonic hearing is our request based on ▉▉▉▉▉▉▉
          17   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ upcoming scheduled surgery in the UAE.  That
          18   surgery is scheduled to occur exactly seven days from now,
          19   Friday, January 5th.
10:06:51  20       And I'm sure it comes as no surprise to anyone that
          21   Mr. Zhao does desperately want to be with his ▉▉▉▉▉▉ family
          22   during this procedure.
          23       As we've specified in our prior filing, this surgery is
          24   focused on addressing ongoing problems with ▉▉▉▉▉▉▉
10:07:08  25   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  Surgery is scheduled
```

```
                1    to be under a general anesthetic. ████████████████
                2    ████████████████████████████████████ It's to be performed
                3    by ████████████████████████████████████████████████
                4    ████████  in Abu Dhabi.
10:07:28        5    ████████████████████████████████████████████████
                6    ████████████████████████████████████████████████████
                7    ████████████████████████████████
                8         And it's impossible for his family to pack up and travel to
                9    the U.S. for this period of time.  And because of that, we are
10:07:46       10    requesting that Mr. Zhao be allowed to return to the UAE for a
               11    short period to provide support for his family ████████████
               12    ████
               13         And I want to clarify that our request today is very
               14    limited.  I know that with regard to our letter, there had been
10:08:02       15    an expanded request for travel, but today we are asking for a
               16    very limited travel.  Mr. Zhao wants to return for one week
               17    outside the U.S. to the UAE.  He would leave January 4th, so he
               18    could arrive in Abu Dhabi before the surgery, and he would
               19    return in seven days.
10:08:24       20         As part of that, I would note that Mr. Zhao has already
               21    been in the United States almost six weeks.  So he has been
               22    here, he has shown he's not doing anything, and this is just a
               23    very limited request that we're making to the Court, as narrow
               24    as we possibly could.
10:08:42       25         In addition to limiting the request, I also want to provide
```

1   the Court additional assurance that Mr. Zhao will return to the
2   U.S. to be sentenced in this matter.  We have already -- he has
3   already posted a $15 million cash bail that's being held in
4   escrow at Davis Wright Tremaine.  There are three sureties that
5   have pledged properties also, assuring Mr. Zhao's return.
6        But in addition to that, Mr. Zhao is willing to pledge his
7   equity interest in Binance U.S., which during the last round of
8   fundraising two years ago, was valued at $4.5 billion.  We
9   believe that would be the largest criminal bond ever posted in
10  the United States.  And it provides this Court assurance of how
11  confident Mr. Zhao is that he's absolutely going to return.
12       It's not just the additional bail, however, that he is
13  willing to put up to provide this Court confidence of his
14  return, but there are also the other factors that I think are
15  even more compelling.  Mr. Zhao voluntarily came to the United
16  States and pleaded guilty on November 21st.  This was not some
17  kind of rash decision.  Mr. Zhao was aware he had been under
18  criminal investigation by the Department of Justice since
19  December 2020.
20       There had been virtually nonstop negotiations and
21  discussions from that point forward, eventually culminating in
22  his decision to come to the U.S. and resolve his criminal case
23  with the Department of Justice; the case, which, of course
24  you've seen, based on the failure to adequately apply
25  anti-money-laundering controls with regard to his company

Binance.

I want to emphasize, this is not a situation such as Sam Bankman-Fried, where Mr. Fried was involved in fraud, stealing money from his clients, and very serious criminal charges that resulted in a trial.  It couldn't be further from that.  There's no allegations of fraud.  There's no allegation that any person has lost money because of Binance's failure to implement adequate anti-money laundering.

Not to say it isn't a serious matter, we understand that, we fully understand that, but he has come and he's accepted responsibility for that.  And he did more than just resolve the Department of Justice investigation, he also chose to enter into negotiations that involve and resolve three other very significant federal government investigations, investigations brought by FinCEN, the CFTC, and OFAC.  And the result of all of those investigations, Mr. Zhao has not only pled guilty, and his company has pled guilty, they have agreed to pay fines, in total slightly over $4.3 billion. ███████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████

In addition, the Court should consider that Mr. Zhao is a very high-profile person. He is known literally throughout the world. He is -- has a unique look, if you've ever seen a picture of him. That picture has been all over the press, both here in the United States and throughout the world. There literally is no place that he could run where he would not be known.

I'm sure, based on the Court's prior order, that it is a concern that Mr. Zhao lives in the UAE, which is a country that does not have an extradition treaty with the United States, which would cause normally concern that anyone will suddenly return there if they don't have to. He's a citizen of the UAE. And I want to explain to the Court that Mr. Zhao went to the UAE because it is one of the top if not the top country in the world committed to building a thriving crypto economy. And he went there several years ago.

He did not request the UAE government to provide him citizenship, they chose to do so without him ever asking, as an honor bestowed upon him because, as I indicated, they're fully supportive of the cryptocurrency, growth of that enterprise. And they're committed to trying to build that in the UAE as part of their financial structure. It's not even possible for a noncitizen to apply for citizenship in the UAE.

The final things, I don't want to keep the Court's time too

much, but the final things I will note is no term of imprisonment is an easy situation for anyone to face, but Mr. Zhao is facing a Zone C guideline sentence of either what we believe is 10 to 16 months, or what the government is rec- -- has suggested is 12 to 18 months. It's not a minor sentence, Your Honor, but it certainly is not a 10- or 15-year sentence such as Mr. Sam Bankman-Fried is facing or the Court is often looking at with regard to other defendants that appear before you on a monthly basis.

I will end this way. Mr. Zhao has led an exemplary life up to this point. We understand this is an unusual request to make given all of the circumstances here, but these are unusual circumstances, and we believe looking at the totality of all the information in front of the Court, you can confidently allow him to return to the UAE for one week, knowing he will come back. We have confidence that you will treat him fairly at sentencing. We have confidence in the U.S. justice system.

Mr. Zhao has asked if he could address you directly, and I told him I thought you would welcome the opportunity.

THE COURT: Have you completed your remarks, Mr. Bartlett?

MR. BARTLETT: Yes.

THE COURT: If Mr. Zhao would like to make a statement, this is his opportunity to do so.

MR. BARTLETT: I think he would.

```
                 Go ahead, Mr. Zhao.
                     THE COURT:  Good morning, sir.
                     THE DEFENDANT:  Good morning, Your Honor.  Thank you,
     Your Honor.
            Well, first of all, my remarks are very quick, I think it
     will take about two minutes.
            First of all, I would like to thank you, Your Honor, for
     making the time to hear my request on this urgent basis over the
     holiday.  And I would also like to thank everyone else on this
     call for -- to be so grateful [sic] with your time.
            I also want to thank both the government and also Your
     Honor for giving me such a high degree of freedom in the U.S.
     during the past 40-something days.  I fully appreciate that.
            I also appreciate the fact that Your Honor has allowed my
     family to visit me in the U.S.; however, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  it's, unfortunately, not possible, as
     Mr. Bartlett has mentioned.
            My request is simple, I would -- I assure you, Your Honor,
     if you grant my request, I will come back to the U.S. and finish
     the court proceedings and continue to take full responsibility
     for my past conduct.
            Lastly, I just want to explain a little bit of who I am.
     Even though I made mistakes in the past, I do view myself as a
     person of integrity.  I hold true to my word both in business
     and in life.  When I make -- when I make bad decisions, I take
```

```
10:17:19
```

1  responsibility and fix them.  I don't run away from problems in
2  life, that's not how I lead my businesses, and that's not how I
3  lead my teams, so that's not just who I am.  So I would
4  definitely not be the person running away from the U.S.
5  government or its justice system.
6       I came here to take responsibility.  I want to move past
7  this chapter in my life.  And I will absolutely return for
8  sentencing if you allow me to go home briefly, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  So I will come back
10 on the date you determine is appropriate.
11      So thank you so much, Your Honor, for your consideration,
12 and I appreciate and respect any decision you make.
13      Thank you so much.
14           THE COURT:  Thank you, sir.
15      If that completes the defense argument to the Court,
16 Mr. Bartlett?
17           MR. BARTLETT:  It does, Your Honor.
18           THE COURT:  I'll hear from Mr. Mosley at this time.
19 Counsel, please proceed.
20           MR. MOSLEY:  Good morning, Your Honor.
21      Kevin Mosley for the Department of Justice.
22      First, I'd like to address the Court's question about the
23 -- about sealing.  The United States' position is that -- and I
24 think this is consistent with what you discussed in your
25 colloquy with Mr. Bartlett, which is that we don't believe that

```
 1   this hearing should be entirely sealed.  We would be amenable to
 2   appropriate redactions as it relates to the ████████████████
 3   ████████████████████████████████████████████████
 4   ████████████████████████████████████████████████████
 5   ████████████████████████████████████  And we can work with
 6   defense counsel to come up with appropriate redactions if that
 7   -- due to the Court, Your Honor.
 8           (Pause.)
 9                           (Cross talking.)
10           THE COURT:  (Inaudible.)
11           MR. MOSLEY:  I'm sorry.  Okay.  Sorry, it's hard to do
12   this on the phone without seeing reactions.
13           As to the defense's arguments, other than ████████████
14   ██████████████████████████████  every single argument and every
15   fact raised in the defense's argument was raised before Judge
16   Tsuchida and before this Court.  So essentially where we are is
17   that this is essentially a motion for reconsideration.  United
18   States opposes this requested release.  And because this is
19   essentially a motion for reconsideration of the Court's ruling,
20   my understanding of the local rules is that such motions are
21   disfavored and would ordinarily be denied, unless there's a
22   showing of manifest error in the prior ruling or a showing of
23   new facts or legal authority which could not have been brought
24   to the Court's attention earlier.
25           Because these arguments are the exact same argument that
```

|    |    |
|---|---|
| 1 | have been raised before, Mr. Zhao and the defense have shown |
| 2 | neither manifest error or any material new fact that would |
| 3 | justify the reconsideration of the Court's order. |
| 4 | Moreover, none of this -- none of the arguments that the |
| 5 | defense raises changes the analysis that Judge Tsuchida and this |
| 6 | Court already reviewed, and the Court ruled the way it ruled. |
| 7 | So, you know, as we mentioned earlier, detention is default |
| 8 | for convicted defendants. |
| 9 | The government took into account all of these factors and |
| 10 | recommended not that the Court detain Mr. Zhao, but that he -- |
| 11 | but the Court require him to stay in the United States to |
| 12 | mitigate the flight risk. |
| 13 | And in particular, we were concerned that Mr. Zhao is |
| 14 | facing significant jail time.  I know Mr. Bartlett referred to |
| 15 | the -- what the sentencing guidelines might be in this case, but |
| 16 | we note for the record that the max for this offense is up to 10 |
| 17 | years. |
| 18 | Mr. Zhao has significant resources.  And as Mr. Bartlett |
| 19 | agreed and noted, the UAE does not extradite to the United |
| 20 | States. |
| 21 | We previously highlighted Mr. Zhao's lack of connection to |
| 22 | the United States, including that his family and his wealth, |
| 23 | including much of the bond package, are outside of the United |
| 24 | States.  And having considered the government's arguments and |
| 25 | the defense's arguments, the Court agreed with the government |

|||
|---|---|
| 1 | and ordered Mr. Zhao to remain in the United States through |
| 2 | sentencing. |
| 3 | Now, before I go on, I do want to say that the United |
| 4 | States is sympathetic to the issues raised by the defense.  We |
| 5 | -- everybody was sympathetic ████████████████████████ |
| 6 | ██████████████████████████████████████████ so I -- |
| 7 | but notwithstanding all of that, Your Honor, these issues do not |
| 8 | warrant reconsideration of the Court's order. |
| 9 | As we understand it, this is a fairly routine surgery, and |
| 10 | that it was originally scheduled for December 19th.  And as far |
| 11 | as we understand the facts, Mr. Zhao was not planning on |
| 12 | attending that surgery when it was on December 19th. |
| 13 | ██████████████████████████████████████████████ |
| 14 | ██████████████████ |
| 15 | And, you know, not to put too fine a point on it, Your |
| 16 | Honor, this is a situation that many defendants face, having to |
| 17 | miss out on certain family events after a conviction. |
| 18 | As to the higher bond package that the defense offered, |
| 19 | that does not mitigate the risks or concerns that we have |
| 20 | regarding flight risk.  Even with the addition of the Binance |
| 21 | U.S. shares, which -- whatever the previous valuation is, it's |
| 22 | unclear what the actual worth of those shares is today, that |
| 23 | larger bail package is still a fraction of Mr. Zhao's overall |
| 24 | wealth, which if you believe the crypto press, only increased |
| 25 | over the last year. |

         With that, Your Honor, I think we will -- oh, one more
thing I'd like to address.  I know counsel had mentioned having
people hold onto Mr. Zhao's passport while he travels, but
obviously that does not solve, in our view, the flight-risk
problem.  You know, defense counsel can't force Mr. Zhao to
return to the United States after the surgery, then the U.S.
would lack any recourse if Mr. Zhao was to decide to remain in
the UAE and skip sentencing.  And we are -- we don't know
whether or not he could even potentially just get another UAE
passport while he's there, given his status with the folks in
the UAE.

         And I would like to close by just saying, again, this is
essentially a motion for reconsideration and that there has been
no new facts that would justify changing the Court's original
order.

         With that, I'll conclude.

         THE COURT:  All right.  Does that complete the
government's argument, Counsel?

         MR. MOSLEY:  Yes, Your Honor.

         THE COURT:  All right.  Thank you.

    Mr. Bartlett, any rebuttal?

         MR. BARTLETT:  Just very briefly, Your Honor.

    If the Court views this as a motion for reconsideration, I
would point out that obviously the core of this motion was the
surgery, which is a new fact which was not before the Court

```
 1   previously.
 2           In addition, I think that there were issues that were not
 3   fully developed before the Court previously, most especially
 4   with regard to the additional pledging of the Binance U.S.
 5   position that he holds in that company, and also just the
 6   additional facts that we have added █████████████████
 7   ████████████████████████████████████████████████████████
 8              THE COURT:  That completes your remarks, Mr. Bartlett?
 9              MR. BARTLETT:  It does, Your Honor.
10              THE COURT:  All right.
11       All right.  Thank you.
12       The Court has given the parties the opportunity to make
13   your statements to the Court.
14       And first, I would like to restate that I believe that
15   there's sympathies here for Mr. Zhao.  ████████████████████
16   ████████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████████
19   ████████████████████████████████████████████████████████
20   ████████████████████████████████████████████████████████
21   ███████████████
22       The Court appreciates the fact that this is a surgery.
23   There has been no representations of any dangerous conditions
24   that may affect ████████.  The Court has reviewed the
25   documentation submitted.  There's nothing that would indicate
```

1  that there is anything unusual or dangerous or of a complicated
2  nature.
3  ▇      And again, that is a very common procedure.
4       So the only new fact is, yes, a procedure, but it's not the
5  type of procedure, nor the type of danger or circumstances that
6  justify or warrant the need for a change of circumstances.
7       Now, the defense indicates that this fits into the category
8  of being a new fact.  It is a new fact that's different from
9  what the Court had, but to be honest, Counsel, the Court has
10 listened to all the arguments made by Mr. Bartlett, and whether
11 you wish to treat it as a motion for reconsideration or
12 restating the exact same arguments, we come to the same
13 conclusion, these are the exact same arguments but for the
14 modification with the surgery that were presented to this Court
15 in the Court's prior ruling.
16      The Court doesn't believe that there's anything so unusual
17 about the circumstances of what's been presented to this Court
18 that would demonstrate that these facts are significantly new
19 facts, nor has counsel provided any legal authority that would
20 justify a modification of the Court's prior order, nor is there
21 any statement or argument that would support that there was
22 manifest error made by the Court in the prior determination.
23      The Court doesn't believe that the higher bond amount would
24 make a significant difference in the Court's determination.  The
25 Court is well aware from prior pleadings and submissions that

|   |   |
|---|---|
| 10:28:09 | 1  the defendant has enormous and mass wealth.  It's not a question
2  of wealth being able to put you in a position to acquire what
3  you desire, that's not going to be the determination today.
4         The Court will deny the request.  The Court will continue
5  to adopt the rationale and reasoning as previously provided to
6  the parties in a written order.  That order remains in full
7  force and effect.
8         The Court will direct the parties in an expedited fashion
9  to redact the transcript of today's proceedings.  And again, be |
| 10:28:34 | 10 consistent with the expectations of the rule and transparency
11 for the benefit of the public that you only redact what's really
12 necessary or critical for protection of the privacy of the
13 proceeding and of ████████████ |
| 10:28:55 | 14        I don't believe that there's anything else that the Court
15 needs to address.
16        And, Counsel, the Court won't sign the motion to seal as
17 it's presently fashioned.  I'll give you the opportunity to
18 revise that document in conjunction with counsel for the
19 government so it fits in accord with the Court's expectations of |
| 10:29:12 | 20 redaction and public disclosure with the limitations authorized
21 by this Court.
22        Is there any further clarification needed for the
23 government, counsel for the defense?
24             MR. BARTLETT:  No, Your Honor. |
| 10:29:24 | 25             THE COURT:  Counsel for the government? |

1    MR. MOSLEY:  No, Your Honor.

2    THE COURT:  If there's nothing further, this

3 proceeding is terminated.

4    Thank you.  We'll be in recess.

5         (Court adjourned 10:29 a.m.)

6              C E R T I F I C A T E

7    I certify that the foregoing is a correct transcript from

8    the record of proceedings in the above-entitled matter.

9              /s/ Marci E.C. Chatelain

10             Marci E.C. Chatelain, CCR, RPR, RMR, CRR
               Federal Court Reporter