Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHANGPENG ZHAO<br><br>              Defendant. | No. CR23-179 (RAJ)<br><br>STIPULATED MOTION TO MODIFY DKT. 49<br><br>NOTING DATE: January 19, 2024 |

      Defendant, Changpeng Zhao, by and through his attorney, Mark N. Bartlett, of Davis Wright Tremaine LLP, files this stipulated motion to modify Dkt. 49 and unseal the Motion to Seal Submission for Permission to Travel.  The Letter to Judge Jones Re Permission to Travel (filed with said Motion) is attached hereto and shall be filed with agreed redactions and Exhibit A to the Letter to Judge Jones Re Permission to Travel shall be redacted in its entirety, and is also attached hereto.

      The text proposed for redactions contains personal health and protected information.  The proposed redactions are necessary to protect the interests of Mr. Zhao and third parties and are narrowly tailored to achieve that goal.

STIPULATED MOTION TO MODIFY DKT. 49
*[No. CR 23-cr-00179 RAJ]* - Page 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

This Court has discretion to grant the requested relief under its inherent "supervisory power over its own records and files." *Nixon v. Warner Communications*, 435 U.S. 589, 598 (1978).

Counsel has conferred with the government, they have reviewed and approved this motion and agree with the suggested redactions.

DATED: January 19, 2024.

        Davis Wright Tremaine LLP
        Attorney for Defendant Changpeng Zhao, aka "CZ"

        By *s/ Mark N. Bartlett*
        Mark N. Bartlett, WSBA No. 15672
        Davis Wright Tremaine LLP
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: 206.622.3150/ Facsimile: 206.757.7700
        Email: markbartlett@dwt.com

STIPULATED MOTION TO MODIFY DKT. 49
*[No. CR 23-cr-00179 RAJ]* - Page 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I certify that on the date below, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all parties registered with the CM/ECF system.

DATED: January 19, 2024

*s/ Mark Bartlett*
Mark Bartlett

STIPULATED MOTION TO MODIFY DKT. 49
*[No. CR 23-cr-00179 RAJ]* - Page 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT

Benjamin Naftalis
Direct Dial: +1.212.906.1713
benjamin.naftalis@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

December 22, 2023

**SUBMITTED UNDER SEAL**
**VIA ELECTRONIC MAIL**
**(jonesorders@wawd.uscourts.gov)**

The Honorable Richard A. Jones
United States District Court
Western District of Washington
700 Stewart Street, Suite 13128
Seattle, Washington 98101-9906

Re:   *United States v. Changpeng Zhao*, No. CR 23-179 (RAJ)(BAT)

Dear Judge Jones:

We represent Changpeng Zhao in the above-referenced action. We respectfully submit this letter to seek permission for Mr. Zhao to travel to the United Arab Emirates ("UAE") beginning January 4, 2024 for one to four weeks. This time period would allow Mr. Zhao to be present for the hospitalization and surgery of ▮▮▮▮▮▮▮▮▮ and ▮ subsequent recovery period. As detailed below, ▮▮▮▮▮▮▮▮ surgery is scheduled for January 5, 2024 at ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in Abu Dhabi. Mr. Zhao pleaded guilty on November 21, 2023 and has been on bail subject to a bond entered that same day, as modified by this Court on December 7, 2023.[1]

With the Court's permission, Mr. Zhao will provide his itinerary and all relevant additional information to Pretrial Services for the Western District of Washington ("WDWA Pretrial Services") prior to his departure. He will report his arrival to the WDWA Pretrial Services officer immediately upon his return.

With regard to the medical procedure, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ is scheduled to undergo ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] Under the Court's conditions, as modified by the December 7, 2023 Order, Mr. Zhao posted a $175 million personal recognizance bond, secured by two guarantors with cash pledges of $100,000 and $250,000, respectively, and a third guarantor with real property located in Los Angeles, California, valued in excess of $5 million. ECF No. 33. Mr. Zhao also previously wired an additional $15 million to the United States that is held in the trust account of his Seattle-based attorney. *See* ECF No. 34, at 5 ("$15 million in security custodied with [Mr.] Zhao's counsel"). This Court has further ordered that Mr. Zhao "remain in the continental United States during the period between his plea and sentencing" and is "free to travel within the United States." ECF No. 46.

**LATHAM&WATKINS**LLP

on January 5, 2024. The procedure was originally scheduled for December 19, 2023, but was postponed to January 5 because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The procedure will require general anesthesia, a minimum of six hours of recovery in the hospital, and an estimated post-surgery recovery period of two weeks. We have provided a statement from ▮▮▮▮ Dr. ▮▮▮▮▮▮▮ at **Exhibit A**. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Due to ongoing family commitments in the UAE, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Zhao's partner and their children are unable to travel to the United States in the time period before sentencing.

If the Court is unable to permit Mr. Zhao to reside at home in the UAE for the full extent of this requested time, he respectfully requests that he be permitted to return home for the surgery and initial recovery period, specifically January 4 through January 11, 2024.

If necessary to address any concerns the Court may have about this travel and to ensure that he is able to be with ▮▮▮ and family during this important period, Mr. Zhao is prepared to provide significant additional property and financial security to assure his timely return, including pledging all of his equity in Binance US, which was worth $4.5 billion in the last round of fundraising 2 years ago.

The Government has not consented to this request. Thank you for your consideration.

Respectfully submitted,

/s/ *Benjamin Naftalis*
Benjamin Naftalis
of LATHAM & WATKINS LLP

/s/ *Mark Bartlett*
Mark Bartlett
of DAVIS WRIGHT TREMAINE LLP

/s/ *William Burck*
William Burck
of QUINN EMANUEL URQUHART & SULLIVAN LLP

cc: The Honorable Brian A. Tsuchida
Erin O'Donnell, Pretrial Services
Michael Dion
Jonas Lerman
Kevin Mosley
Elizabeth Carr

# EXHIBIT A