Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

CHANGPENG ZHAO

　　　　　　Defendant.

No. CR23-179 (RAJ)

[PROPOSED] ORDER GRANTING AMENDED STIPULATED MOTION TO MODIFY DKT. 49

Having reviewed Defendant Changpeng Zhao's Amended Stipulated Motion to Modify Dkt. 49, the Court finds that modification is appropriate.

It is hereby ORDERED that the Motion to Seal Submission for Permission to Travel shall be unsealed, and the Letter to Judge Jones Re Permission to Travel (filed with said Motion) shall be filed with the parties' agreed redactions and Exhibit A to the Letter to Judge Jones Re Permission to Travel shall be redacted in its entirety.

DATED this ____ day of _____, 2024.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING AMENDED STIPULATED MOTION TO MODIFY DKT. 49
*[No. CR 23-cr-00179 RAJ]*- Page 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax