The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHANGPENG ZHAO,<br><br>        Defendant. | NO. 2:23-cr-00179-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon the parties' Amended Stipulated Motion to Modify Dkt. 49.  Having considered the stipulated motion, and the files and pleadings herein, the Court GRANTS the motion (Dkt. 56) IN PART.  The Court declines the parties' request to modify Dkt. 49 by replacing the unredacted letter and medical record which were attached as exhibits with redacted versions of those documents, and to then unseal Dkt. 49.  Instead, the Court orders that Dkt. 49 be maintained under seal, preserving the unredacted exhibits for the record, and directs the Clerk to file the redacted versions of the letter and medical record.

DATED this 24th day of January, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1