Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | NO. CR23-179 RAJ<br><br>UNOPPOSED MOTION FOR PROTECTIVE ORDER<br><br>NOTING DATE:<br><br>February 20, 2024 |

The United States of America moves for entry of a protective order in this case. Defendant Changpeng Zhao does not oppose.

1.     Mr. Zhao has pled guilty to an Information charging him with Failure to Maintain an Effective Anti-Money Laundering Program.

2.     The materials being made available for discovery include sensitive witness interviews, third party financial records, and third party internal business records,

3.     This Motion is submitted to ensure that material produced in discovery that is designated by the government as subject to the proposed protective order is not disseminated or distributed to anyone other than defense counsel, members of the defense team, and the Defendant under the restrictions set forth in the proposed Order submitted with this Motion.  Furthermore, the identities of sensitive witnesses should be not disclosed in public filings, but rather only in sealed filings.

MOTION FOR PROTECTIVE ORDER - 1
*U.S. v. Zhao,* CR23-179 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Counsel for Mr. Zhao has told the United States that they do not object to the proposed order.

DATED this 20th day of February, 2024.

| | |
|---|---|
| MARGARET A. MOESER<br>Acting Chief<br>Money Laundering and Asset Recovery<br>Section, Criminal Division<br>U.S. Department of Justice | TESSA M. GORMAN<br>United States Attorney<br>Western District of Washington<br>U.S. Department of Justice |
| /s Kevin Mosley<br>Kevin G. Mosley<br>Elizabeth R. Carr<br>Trial Attorneys | /s Michael Dion<br>Michael Dion<br>Jonas Lerman<br>Assistant United States Attorneys |

JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

/s Beau D. Barnes
Beau D. Barnes
Alex Wharton
Trial Attorneys

MOTION FOR PROTECTIVE ORDER - 2
*U.S. v. Zhao,* CR23-179 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970