THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. CR23-179 (RAJ)(BAT)<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MODIFY BOND |

THIS MATTER comes before the court on Defendant Changpeng Zhao's Unopposed Motion to Seal Unredacted Version of Defendant's Response to Government's Motion to Modify Bond. Having found good cause, the Court GRANTS the unopposed motion to seal.

Dated this ___ day of _____, 2024.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MODIFY BOND (CR23-179-RAJ-BAT) - 1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK

Presented by:

Latham & Watkins LLP
Attorney for Defendant Changpeng Zhao, aka "CZ"

By: */s/ Benjamin Naftalis*
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL
UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO
GOVERNMENT'S MOTION TO MODIFY BOND (CR23-179-RAJ-BAT) - 2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK