THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. CR23-179 (RAJ)(BAT)<br><br>[PROPOSED]<br><br>ORDER MODIFYING BOND |

Upon consideration of the Government's Motion to Modify Bond (Dkt. 63), and Defendant's Response to the Motion (Dkt. **XX**), the Court HEREBY orders the following conditions of release:

1. Defendant must remain in the continental United States through the imposition of sentence.

2. Defendant must notify Pretrial Services before any travel within the continental United States.

3. Defendant must surrender his current Canadian passport to a third-party custodian employed and supervised by his counsel of record. The third-party custodian must retain control over that Canadian passport and must accompany Defendant on any travel that requires identification documents. Defendant must surrender all other current and expired

passports and travel documents to his counsel of record, who may return those documents to defendant only with authorization from Pretrial Services or the Court.  Defendant may not apply for or obtain a new passport or travel document from any country without the Court's permission.

All other conditions of release as listed in Defendant's Appearance Bond, Dkt. 33, and this Court's Order granting the Government's Motion for Review of Magistrate Judge's Ruling on Defendant's Presentencing Travel Restrictions, Dkt. 46, SHALL remain unchanged.

SO ORDERED.

Dated this _____ day of February, 2024.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

Presented by:

Latham & Watkins LLP
Attorney for Defendant Changpeng Zhao, aka "CZ"


By: */s/ Benjamin Naftalis*
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com