Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. 2:23-cr-00179-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MODIFY BOND |

THIS MATTER comes before the court on Defendant Changpeng Zhao's Unopposed Motion to Seal Unredacted Version of Defendant's Response to Government's Motion to Modify Bond. Having found good cause, the Court GRANTS the Unopposed Motion to Seal. Dkt. 64.

DATED this 11th day of March, 2024.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO MODIFY BOND (2:23-cr-00179-RAJ) - 1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK