1

Honorable Richard A. Jones

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9
UNITED STATES OF AMERICA,                    No. CR23-179 (RAJ)

10
                              Plaintiff,     STIPULATED MOTION TO
                                             REDACT THE TRANSCRIPT OF
11
            v.                               DECEMBER 29, 2023
                                             TELEPHONE CONFERENCE
12
CHANGPENG ZHAO
                                             NOTING DATE:  April 5, 2024
13
                              Defendant.

14

15
        Defendant Changpeng Zhao, by and through his attorney, Mark N. Bartlett, of Davis

16
Wright Tremaine LLP, files this stipulated motion requesting redactions be made to the

17
transcript of the Court's December 29, 2023, telephone conference, Dkt. 52.[1]

18
        The text proposed for redactions contains personal health information and sensitive

19
protected information. The proposed redactions are necessary to protect the interests of Mr.

20
Zhao and third parties and are narrowly tailored to achieve that goal.

21
        Accordingly, the parties respectfully request that the following redactions be made to

22
the December 29, 2023, transcript of the Court's telephonic hearing before it is posted publicly

23
on the docket:

24
        pg 4, line 15 – 16; line 20 – 22;

25

---

[1] Dkt. 52 is an unredacted transcript of the December 29, 2023, telephone conference. Dkt. 54 is the proposed redacted transcript of the telephone conference.

STIPULATED MOTION TO REDACT THE
TRANSCRIPT OF DECEMBER 29, 2023,
TELEPHONE CONFERENCE
*[No. CR 23-cr-00179 RAJ]* - Page 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

pg 5, line 13; line 16 – 17; line 21; line 24 – 25

pg 6, line 1 – 7; line 11 – 12

pg 8, line 18 – pg 9, line 1

pg 11, line 15 -16

pg 12, line 8 – 9

pg 13, line 2 – 5; line 13 – 14

pg 15, line 5 – 6; line 13 – 14

pg 17, line 6 – 7; line 15 – 21; line 24

pg 18, line 2 – 3

pg. 19, line 12

This Court has discretion to grant the requested relief under its inherent "supervisory power over its own records and files." *Nixon v. Warner Communications*, 435 U.S. 589, 598 (1978).

This is a stipulated motion that has been reviewed and approved by the United States, and both parties agree with the suggested redactions.


DATED:  April 5, 2024.

Davis Wright Tremaine LLP
*Attorney for Defendant Changpeng Zhao, aka "CZ"*

By *s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA No. 15672
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150/
Facsimile: 206.757.7700
Email: markbartlett@dwt.com

STIPULATED MOTION TO REDACT THE
TRANSCRIPT OF DECEMBER 29, 2023,
TELEPHONE CONFERENCE
*[No. CR 23-cr-00179 RAJ]* - Page 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

TESSA M. GORMAN
United States Attorney
Western District of Washington
U.S. Department of Justice

s/ *Jonas Lerman*
Jonas Lerman
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206.553.7970
Email: jonas.lerman@usdoj.gov

STIPULATED MOTION TO REDACT THE
TRANSCRIPT OF DECEMBER 29, 2023,
TELEPHONE CONFERENCE
*[No. CR 23-cr-00179 RAJ]* - Page 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I certify that on the date below, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all parties registered with the CM/ECF system.

DATED:  April 5, 2024.

*s/ Mark Bartlett*
Mark Bartlett

STIPULATED MOTION TO REDACT THE
TRANSCRIPT OF DECEMBER 29, 2023,
TELEPHONE CONFERENCE
*[No. CR 23-cr-00179 RAJ]* - Page 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax