Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>CHANGPENG ZHAO<br><br>                Defendant. | No. CR23-179 (RAJ)<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REDACT THE TRANSCRIPT OF DECEMBER 29, 2023, TELEPHONE CONFERENCE |

Having reviewed Defendant Changpeng Zhao's Stipulated Motion to Redact the Transcript of December 29, 2023, Telephone Conference, and the Court finds that modifications to redact specific portions of Dkt. 54 are appropriate.

It is hereby ORDERED that the following redactions shall be made to Dkt. 54 as follows:

pg 4, line 15 – 16; line 20 – 22;

pg 5, line 13; line 16 – 17; line 21; line 24 – 25

pg 6, line 1 – 7; line 11 – 12

pg 8, line 18 – pg 9, line 1

pg 11, line 15 -16

pg 12, line 8 – 9

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REDACT THE TRANSCRIPT OF DECEMBER 29, 2023, TELEPHONE CONFERENCE - Page 1
*(No. CR 23-cr-00179 RAJ)*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. pg 13, line 2 – 5; line 13 – 14
2. pg 15, line 5 – 6; line 13 – 14
3. pg 17, line 6 – 7; line 15 – 21; line 24
4. pg 18, line 2 – 3
5. pg. 19, line 12

ORDERED this _____ day of April 2024.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REDACT THE TRANSCRIPT OF DECEMBER 29, 2023, TELEPHONE CONFERENCE - Page 2
*(No. CR 23-cr-00179 RAJ)*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax