Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>   Defendant. | No. 2:23-cr-00179-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO REDACT THE TRANSCRIPT OF DECEMBER 29, 2023, TELEPHONE CONFERENCE |

Having reviewed the parties' Stipulated Motion to Redact the Transcript of the December 29, 2023, Telephone Conference (Dkt. 74), the Court finds that modifications to redact specific portions of Dkt. 54 are appropriate.

It is hereby ORDERED that the Stipulated Motion is **GRANTED** and the following redactions shall be made to Dkt. 54 as follows:

   pg 4, line 15 – 16; line 20 – 22;

   pg 5, line 13; line 16 – 17; line 21; line 24 – 25

   pg 6, line 1 – 7; line 11 – 12

   pg 8, line 18 – pg 9, line 1

   pg 11, line 15 -16

   pg 12, line 8 – 9

   pg 13, line 2 – 5; line 13 – 14

ORDER GRANTING STIPULATED MOTION TO REDACT THE TRANSCRIPT OF DECEMBER 29, 2023, TELEPHONE CONFERENCE - Page 1
*(No. 2:23-cr-00179-RAJ)*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

pg 15, line 5 – 6; line 13 – 14

pg 17, line 6 – 7; line 15 – 21; line 24

pg 18, line 2 – 3

pg. 19, line 13

IT IS SO ORDERED.

DATED this 10th day of April, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

REDACT THE TRANSCRIPT OF DECEMBER 29, 2023,
TELEPHONE CONFERENCE - Page 2
*(No. 2:23-cr-00179-RAJ)*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax