THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. CR23-179 (RAJ)<br><br>MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S SENTENCING SUBMISSION<br><br>*Note on Motion Calendar:*<br>May 6, 2024 |

Defendant Changpeng Zhao moves to file his Sentencing Submission ("Sentencing Submission"), to include Mr. Zhao's memorandum and exhibits attached thereto, under seal and file the Sentencing Submission publicly with redactions because the Sentencing Submission contains confidential and sensitive information. The Court has previously issued sealing orders in this matter, Dkts. 27 & 70, and has accepted other sealed submissions, Dkts. 39, 49 & 66, granting leave to file under seal confidential and sensitive information of the same or similar nature.

"It is well-settled that federal courts have inherent authority to control papers filed with the court." *United States v. Mezquita Vega*, No. CR20-120RSM, 2023 WL 7129770, at *1 (W.D. Wash. Oct. 30, 2023) (citing *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003)); *see also United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987) ("The district court has the inherent power

MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S SENTENCING SUBMISSION
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

1

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

1    to seal affidavits filed with the court in appropriate circumstances.").[1]  When deciding to seal court
2    filings, courts "must consider the two qualified rights of access to judicial proceedings and records
3    recognized by the Ninth Circuit – the First Amendment right of access to criminal proceedings and
4    documents there in, and the common law right to inspect and copy public records and documents,
5    including judicial records and documents." *United States v. Collins*, No. CR20-5001-BHS, 2020 WL
6    6874873, at *1 (W.D. Wash. Nov. 23, 2020) (citing *United States v. Doe*, 870 F.3d 991, 996-97 (9th
7    Cir. 2017)).

8           The First Amendment and common law rights to access court filings and proceedings create
9    a "strong presumption" in favor of openness and access.  *Doe*, 870 F.3d at 998 (describing First
10   Amendment right of access); *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th
11   Cir. 2003) (describing common law right of access).  Parties in a criminal proceeding can rebut the
12   presumption under the First Amendment by showing "'(1) closure serves a compelling interest; (2)
13   there is a substantial probability that, in the absence of closure, this compelling interest would be
14   harmed; and (3) there are no alternatives to closure that would adequately protect the compelling
15   interest.'"  *Doe*, 870 F.3d at 998 (citing *Oregonian Pub. Co. v. U.S. Dist. Court for Dist. of Or.*, 920
16   F.2d 1462, 1466 (9th Cir. 1990)).  Similarly, under the common law right of access "[a] party seeking
17   to seal a judicial record . . . bears the burden of overcoming this strong presumption by meeting the
18   'compelling reasons' standard."  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178
19   (9th Cir. 2006) (citing *Foltz*, 331 F.3d at 1135).  Any court ruling must be supported by specific
20   factual findings.  *Doe*, 870 F.3d at 998.  Because the First Amendment right to access is stronger than
21   the common law right, a party seeking to seal a filing or proceeding need only meet the former
22   standard.  *See United States v. Bus. of Custer Battlefield Museum & Store Located at Interstate 90,*
23   *Exit 514, S. of Billings, Mont.*, 658 F.3d 1188, 1197 n.7 (9th Cir. 2011).  When a district court seals
24   documents or proceedings, "it must be no greater than necessary to protect the interest justifying it,"

---

[1] The Ninth Circuit also "allows the presumptive sealing of documents attached to a motion to seal while district courts consider whether the documents should be made public." *United States v. Doe*, 870 F.3d 991, 1002 (9th Cir. 2017).

MOTION TO SEAL UNREDACTED VERSION OF
DEFENDANT'S SENTENCING SUBMISSION                    2                LATHAM & WATKINS LLP
(*United States v. Changpeng Zhao*, CR23-179-RAJ)                     1271 Avenue of the Americas, New York, NY 10020
                                                                      (212) 906-1200

1  and sealed documents "must be released when the danger of prejudice has passed." *United States v.*
2  *Brooklier*, 685 F.2d 1162, 1172 (9th Cir. 1982).
3      Accordingly, Mr. Zhao moves for leave to file the unredacted version of the Sentencing
4  Submission under seal and publicly file the Sentencing Submission with redactions.

6      Dated this 23rd day of April, 2024.

By: /s/ *Benjamin Naftalis*
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

William Burck (*pro hac vice*)
Avi Perry (*pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnamemanuel.com

Mark Bartlett
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
Tel: (206) 757-8298
markbartlett@dwt.com

*Attorneys for Defendant Changpeng Zhao*

*I certify that this memorandum contains 606 words, in compliance with the Local Criminal Rules.*

MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S SENTENCING SUBMISSION
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

3

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

## CERTIFICATE OF SERVICE

I, Benjamin Naftalis, hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of Court by email.

/s/ Benjamin Naftalis
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

MOTION TO SEAL UNREDACTED VERSION OF DEFENDANT'S SENTENCING SUBMISSION
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

4

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200