THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

v.

CHANGPENG ZHAO,

Defendant.

No. CR23-179 (RAJ)

[PROPOSED] ORDER GRANTING
MOTION TO SEAL UNREDACTED
VERSION OF DEFENDANT'S
SENTENCING SUBMISSION

THIS MATTER comes before the court on Defendant Changpeng Zhao's Motion to Seal the Unredacted Version of Defendant's Sentencing Submission. Defendant's Sentencing Submission includes his Sentencing Memorandum and exhibits attached thereto. Having found good cause, the Court GRANTS the motion to seal.

Dated this ___ day of _____, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SEAL
UNREDACTED VERSION OF DEFENDANT'S
SENTENCING SUBMISSION
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

1

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

1  Presented by:

2  Latham & Watkins LLP

3  Attorney for Defendant Changpeng Zhao

4

   By: */s/ Benjamin Naftalis*
5  Benjamin Naftalis (*pro hac vice*)
   LATHAM & WATKINS LLP
6  1271 Avenue of the Americas
7  New York, NY 10020
   Tel: (212) 906-1200
8  Fax: (212) 751-4864
   benjamin.naftalis@lw.com
9
   William Burck (*pro hac vice*)
10 Avi Perry (*pro hac vice*)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
11 1300 I Street NW, Suite 900
   Washington, D.C. 20005
12 Tel: (202) 538-8000
   Fax: (202) 538-8100
13 williamburck@quinnemanuel.com
   aviperry@quinnamemanuel.com
14
   Mark Bartlett
15 DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue
16 Suite 3300
   Seattle, WA 98104
17 Tel: (206) 757-8298
   markbartlett@dwt.com
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO SEAL     2
UNREDACTED VERSION OF DEFENDANT'S
SENTENCING SUBMISSION
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200