# EXHIBIT E



Andrew J. O'Connell
President, Investigations + Private Client Security
+1 202.499.4330
aoconnell@guidepostsolutions.com



Request for Proposal

# HOME CONFINEMENT SECURITY PLAN

April 22, 2024

**Submitted to:**
Quinn Emmanuel Urquhart & Sullivan, LLP
Avi Perry, Partner
865 S. Figuero Street, 10th Floor
Los Angeles, CA 90017
213.443.3000
Aviperry@quinnemmanuel.com

WE ARE YOUR GUIDEPOST.



# TABLE OF CONTENTS

About Guidepost Solutions................................................................................................... 2

Discovery Phase ................................................................................................................... 2

Security Agent Deployment Details and External Visit Protocols ........................................ 3

Permissible Zones and Entry / Exit Points........................................................................... 4

Security Design .................................................................................................................... 5

Security Technology............................................................................................................. 5

Team Member Structure & Biographies ............................................................................... 7

April 22, 2024

Quinn Emmanuel Urquhart & Sullivan, LLP
Avi Perry, Partner
865 S. Figuero Street, 10th Floor
Los Angeles, CA 90017
213.443.3000
Aviperry@quinnemmanuel.com


Dear Avi:

Guidepost Solutions respectfully submits this home confinement security plan for Changpeng Zhao (CZ), in connection with his case in the Western District of Washington.

We understand from you that your client CZ is requesting probation, a condition of which can be home confinement, at his residence in Abu Dhabi, UAE.  Guidepost will provide the security oversight of Changpeng Zhao that may be required for home confinement, as set forth below.  There is specific information regarding the residence, which is available, at the Court's request.

We will communicate with the Court and/or the U.S. Attorney's Office, as required by the Court.

Please let me know if you have any questions or would like to discuss this plan further.  We can begin immediately.


Very truly yours,

*Andy O'Connell*

Andrew J. O'Connell
President
Guidepost Solutions LLC

## ABOUT GUIDEPOST SOLUTIONS

Guidepost is a global security firm based in New York, led by Bart Schwartz, Julie Myers Wood, Joe Jaffe, and Andrew O'Connell, all former federal prosecutors.  Schwartz, Jaffe, and O'Connell were each an Assistant United States Attorney for the Southern District of New York, with Mr. Schwartz serving for a time as Chief of the Criminal Division. Ms. Woods was a federal prosecutor in the Eastern District of New York and is a former head of U.S. Immigration and Customs Enforcement (ICE). Moreover, many of our colleagues here at Guidepost are former federal agents (FBI/DEA/ICE/DHS). Mr. O'Connell was a Special Agent with the U.S. Secret Service, where he provided security services to several U.S. Presidents and other protectees.  Guidepost Senior Managing Director John Shofi served as the Director of the ICE Office of Professional Responsibility's (OPR) Office of Detention Oversight.

Guidepost has provided home confinement for defendants in state and federal courts.


## DISCOVERY PHASE

Matt Peters, Guidepost Vice President of Protective Resources, and Gavin Archery, Guidepost Project Manager for EMEA & APAC, completed a comprehensive site security assessment on Friday April 12, 2024.

Based on their assessment of the residence, the following was observed and below home confinement plan is recommended.

# SECURITY AGENT DEPLOYMENT DETAILS AND EXTERNAL VISIT PROTOCOLS

To ensure the defendant's compliance with home confinement conditions, Guidepost will deploy four security agents around the clock, seven days a week at the residence. Additional security personnel will be provided as per the Court's requirements, including for any allowed travel. Biographies of proposed security agents are attached for reference.

Each day will consist of eight 12-hour shifts, with four security agents per shift. An operational command post, identified within the residence during an April 12th site assessment, will facilitate efficient oversight and monitoring of CZ. At the start of each shift, team members will receive operational briefings and check in with the global operations center. Software will be installed on agents' phones for remote monitoring, and a WhatsApp group will facilitate communication among team members. Hourly geotagging of physical locations will be mandatory of all agents on duty.  The security staffing posts are as follows:

- One security agent to monitor surveillance cameras, motions sensors, alarms and all communications;
- One agent to post at ingress/egress checkpoint location next to the kitchen;
- One agent to remain inside the residence and to always keep line of sight on CZ, while in common areas; and
- One agent to provide mobile patrol and act as secondary close security agent when CZ is in the common areas or in Court authorized outside backyard location.

A ten-member team, all of which have significant international military and security experience, will operate, with eight assigned to the residence daily and the two other security agents serving as a relief and emergency responders. Agents will be housed nearby, ensuring a response time of five minutes or less.

Based on the site assessment and the defendant's routine, access will be restricted to specified areas within the residence and rear garden. All exterior doors will remain locked to limit egress.

Security will accompany CZ whenever he leaves the residence for court appearances, meetings, or other authorized purposes. The only means of egress for CZ to access for authorized external visits will be the locked door, which leads from the front foyer into the carport.  A security vehicle and driver will be provided, as necessary.  All movements will be restricted except as permitted by the Court.  For authorized external visits, the following protocols will be established.

- Notification to the agent staffing the command post; All pertinent information regarding the visit will be logged in both the on-site command post and external global security monitoring center;
- Security driver and vehicle deployed to advance the location of the visit and confirm route analysis, to and from the visit, with contingency routes noted;
- CZ will be picked up from the residence by the security driver, with two agents providing close security at all times and two other agents remaining at the residence, to monitor the command post and provide security coverage;
- Geo location markers will be dropped in the shared WhatsApp communication thread every 15 minutes to verify the location of CZ and his escorts;

- When the external visit has concluded, the escorting agents will bring CZ back to the waiting vehicle and return to the residence; and
- The escorting agents and driver will prepare a report, noting all pertinent information regarding the external movement.

In addition to physical presence, the residence will be monitored 24/7 by infrared cameras installed indoors and outdoors, as per UAE law. Cameras will cover all areas except bedrooms and bathrooms. Alarm sensors will be installed on all external doors and gates, with monitoring conducted both on-site and at the remote operations center. The agents will have smart phones and radios to allow real time communication to all agents.

Technology will be utilized so that every member of the confinement team, including Probation Office will have access to the feed. Day to day supervisory security oversight will be provided from the U.S. by Guidepost's Vice President, Matt Peters, covering scheduling, logistics, and overall management.

## PERMISSIBLE ZONES AND ENTRY / EXIT POINTS

CZ will be confined to the common areas of the residence and two agents will have line of sight on him.  If in the rear yard or pool area, two security agents will physically accompany CZ at all times.

Access points will be defined by the security team. All doors and windows locked and monitored at all times by the command post agent on duty. Permissible entry points shall be:

- The carport from the residence and then only when accompanied by a security officer when leaving for a permissible visit outside the residence, as deemed necessary by the Court. The outer door to the car port and the inner door shall never be opened simultaneously.
- A single door from the Living Room / Dining Room to the rear yard. The access point in the living/dining area will be locked at all times.  However, this door will be the singular point of contact whereby CZ can gain physical access to the permissible exterior area in the rear yard.  If CZ is granted access to this space, two security agents will physically accompany him at all times;
- The access point next to the kitchen will be a checkpoint for all family members, household staff and Court approved guests.  This checkpoint will be staffed 24x7 by a security agent. Court mandated searches and access control protocols will be implemented at this location; and
- Fencing will be erected on both sides of house to eliminate egress to the side alleys of the residence.  Only Guidepost security personnel will have keys to open the gate on the east side of the residence.

# SECURITY DESIGN

The design philosophy of the system is to provide technology tools for the Guidepost security agents to allow them to perform their duties effectively and unobtrusively to allow the family and staff to go about their business without unnecessary interactions while enforcing the terms of the confinement order.

- All building elevations, entrance gates and doors at both ground and first floor level will be covered by video surveillance cameras with motion sensing technology and infrared illumination.
- All external entrance gates and doors will be equipped with position sensing to alert when they move.
- The grounds and residence will be segmented into permissible zones to restrict CZs' movements to agreed areas.
- Real time and recorded video and alarm information can be presented to Guidepost security agents located at the residence, both in the on-site security command post and when on patrol and at a remote monitoring center.
- All Windows shall be secured shut with security locks. The keys shall be held by Guidepost agents.
- All Access Points shall be locked with new key patterns. Access for staff to these rooms will be managed by Guidepost agents for agreed tasks. This is to include access to all second-floor terraces to all rooms, which shall not be available for use by the family. The residence is air conditioned and so there is a fresh air circulation without the need for opening windows.

# SECURITY TECHNOLOGY

To support the Guidepost security agents the plan involves the installation of technology platforms and devices.

Physical Segregation

- All windows will be locked with high security locks; and
- All doors will have new locks installed to permit rooms to be locked down and entered only under supervision from a Guidepost agent.

Video surveillance.

- Video surveillance cameras will be installed in strategic locations ensure agents have complete situational awareness at the residence;
- The cameras will be equipped with infrared lighting to provide discrete scene illumination even where there is no visible light present. This will allow the cameras to produce useful video data after dark to the exterior and to the interior rooms even with the room lighting switched off;
- The cameras will be equipped with motion detection so that they respond to any movement within the scene. This will produce an audit trail of all movements within the residence and dynamically present the security officer on duty with the camera view with activity of interest for their review and response;

- A software-based video management system will be deployed to facilitate presentation of live and recorded video data to security agents at the residence and at a remote monitoring center;
- The software can detect the loss of video data from any cameras and alert the security officer on duty to prevent the camera being tampered with or switched off;
- The video data will be stored off site at a trusted cloud-based platform provider to avoid the need to install a video recording server in the residence;
- The video data will be presented live in the Guidepost security operations center at the residence to allow the security officer on duty to observe CZ movements at all times to ensure compliance to the agreed protocols;
- The video data will be pushed to a mobile device such as a smart phone or tablet to allow the security officers on patrol at the residence and the off-site security agents to access data when away from the Guidepost security operations center; and
- The video data will be recorded and retained for an agreed time to meet the requirements of the confinement order.

Detection

- All gates and external doors will be equipped with magnetic contacts to provide position sensing; and
- These position sensors will be integrated with the surveillance software so that the cameras will dynamically present to the security agents on duty for their situational awareness.

Communication

- A dedicated security wireless network shall be installed, completely separated, and secured from the residence network to guarantee the integrity of the security data;
- This network will permit the data communications between cameras and receiving devices be they in the Guidepost Security Operations center at the residence, off site at the receiving center, or with any personnel deemed necessary and appropriate by the Court;
- Cloud based software platform will allow mobile devices such as smart phones and tablets to receive data from the systems either via WIFI on site or remotely or via the GSM mobile network;
- Onsite the security agents will have digital radios to facilitate rapid voice communication;
- Both on site and when remote or moving with CZ, the security agents will have smart phones to access mobile applications for sharing text, image, and location data and to live stream video data and location data; and
- At the Court's discretion, CZ will have an ankle bracelet with 24x7 GPS monitoring.

# TEAM MEMBER STRUCTURE + BIOGRAPHIES





## EDUCATION
- Juris Doctor, New York Law School
- State University of New York at Albany

## PROFESSIONAL AFFILIATIONS
- International Bar Association
- American Bar Association
- New York City Bar Association
- Bar Association of the District of Columbia
- Federal Bar Council

## AREAS OF EXPERTISE
- Private Investigations
- Compliance
- Corporate Internal Investigations
- Threat Assessments
- Security Consulting
- Foreign Corrupt Practices Act
- Litigation Support
- Business Intelligence
- Asset Searches

# ANDREW J. O'CONNELL
## President, Investigations + Private Client Security

Andrew J. O'Connell serves as president of the Investigations and Private Client Security practice at Guidepost Solutions.  He is a former federal prosecutor and federal agent with expert investigative and security consulting experience. Mr. O'Connell oversees and conducts private investigations and security assessments throughout the United States and the world.  He specializes in the Foreign Corrupt Practices Act and other government enforcement investigations, corporate internal investigations, civil and criminal litigation support, IP matters, and business intelligence.

From 2003 through 2005, Mr. O'Connell was an Assistant U.S. Attorney in the Southern District of New York, where he prosecuted federal crimes, including various frauds and financial and electronic crimes, firearm and drug offenses, and violent gangs.  He was also involved in prosecuting organized crime and terrorism, and asset forfeiture.

Before becoming a federal prosecutor, from 1998 through 2002, Mr. O'Connell was a litigation attorney in the Washington, DC office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, where he was involved in litigating a wide range of civil, criminal, white collar, and government enforcement actions.  Before joining Skadden, from 1997 through 1998, Mr. O'Connell was a law clerk to the Honorable William Osteen, United States District Judge for the Middle District of North Carolina.

From 1990 through 1997, Mr. O'Connell was a Special Agent with the U.S. Secret Service, where he investigated federal crimes, including various frauds, financial and electronic crimes, counterfeiting of U. S. currency, and threats against the President. He also protected the President and visiting foreign dignitaries, and conducted foreign and domestic threat assessments.

Mr. O'Connell is a licensed investigator and attorney.



# JOSEPH JAFFE  ESQ

## Chief Compliance Officer, Deputy General Counsel, Senior Managing Director

As Chief Compliance Officer and Deputy General Counsel, Joseph Jaffe oversees regulatory compliance issues and assists with legal matters for all of Guidepost Solutions' offices.  In addition, he leads the company's Europe, Middle East and Africa practice.

Throughout his career, Mr. Jaffe has overseen and participated in a host of investigative and fact gathering assignments for foreign governments and state, federal, and private entities related to allegations of employee dishonesty, fraud, sexual harassment, union corruption, inventory and intellectual property theft, prevailing wage violations, corporate compliance and governance, money laundering, construction accidents, and violations of the Foreign Corrupt Practices Act and the U.S. Securities and Exchange Commission (SEC). He supervised numerous asset searches and due diligence investigations into the backgrounds of employees, entities and customers for corporations and financial institutions and coordinated litigation support assignments for trial attorneys in civil and criminal cases.

Mr. Jaffe joined Guidepost Solutions in 2012. His extensive background includes serving as District Attorney for Sullivan County, New York; spending seven years in the U.S. Attorney's Office for the Southern District of New York (SDNY) as an Assistant U.S. Attorney, Deputy Chief of the Criminal Division, Chief of the Official Corruption Section, and Administrative Assistant U.S. Attorney; and serving as an Acting Chief Inspector for the U.S. Drug Enforcement Administration where he investigated and tried complex business fraud, public corruption, terrorist and bombing cases.

Mr. Jaffe's vast experience extends to the private sector serving as an Independent Private Sector Inspector General (IPSIG), integrity monitor and outside compliance officer for governmental and regulatory agencies including the U.S District Court, SEC, and private clients; leading the forensic and due diligence team at Proactive Integrity Associates; specializing in civil and criminal litigation as a partner in general practice law; serving as a managing director at UHY Advisors FLVS, Inc., the firm's forensic, litigation  practice; and instituting investigative consulting and security firms.

## EDUCATION
- Juris Doctor, New York University School of Law, cum laude
- Bachelor of Science, Cornell University

## PROFESSIONAL AFFILIATIONS
- American Bar Association
- New York State Bar Association
- Federal Bar Council
- New York City Bar Association
- International Association of Independent Private Sector Inspector General, Vice President

## AREAS OF EXPERTISE
- Compliance
- Integrity Monitoring
- Investigations
- Due Diligence
- Litigation Support
- Foreign Corrupt Practices Act
- SEC Violations
- Asset Tracing



# MATTHEW PETERS
## Vice President, Protective Services

Matthew Peters is an accomplished security management professional with extensive experience in both the public and private sectors.  In his role at Guidepost Solutions, he works closely with ultra-high net worth individuals and enterprise clients to develop risk mitigation and security strategies.

Mr. Peters' law enforcement career culminated with a five-year assignment to the prestigious FBI/NYPD Joint Terrorism Task Force in New York City. He directed a group of more than 125 senior investigators handling critical threats, terrorism financing and cybersecurity on an international basis. Other assignments within the NYPD involved significant time spent within the narcotics division and various special operations teams.

Upon retiring from the NYPD, Mr. Peters was a founder and equity partner in the Paladin Center, a nationally recognized homeland security training center, which catered to elite units within the Department of Defense and regional law enforcement agencies.  He then went on to manage the regional office for a large security provider, where he had full P&L responsibility for a 720-member guard force in the New York Tri-State area. Immediately preceding his work with Guidepost, Mr. Peters was the vice president of business development for a well-known firm specializing in executive security. In this role, he crafted customized security programs for clients and established protective assignments throughout the world.

### EDUCATION
- Master of Business Administration, Human Resources Management, Baruch College
- Bachelor of Science, Accounting, University of Scranton
- Gavin de Becker Threat Assessment Academy
- Extensive training courses provided by various federal law enforcement agencies, intelligence community and the New York Police Department

### PROFESSIONAL AFFILIATIONS
- ASIS International
- NYPD Shield
- FBI Infragard
- FBI Domestic Security Advisory Council

### AREAS OF EXPERTISE
- Executive Security
- Homeland Security Training
- Risk Mitigation
- Cybersecurity Terrorism
- Physical Investigations



# GAVIN GLEN ARCHERY

## Project Manager, EMEA/APAC

Gavin Archery is an expert in security consulting, systems design, and the implementation of large enterprise-level security solutions. He has more than 25 years of experience in the electronic security and communications industry.

Mr. Archery provides operational, technical, and commercial security consulting advice to clients to enable them to reduce the impact of identified security vulnerabilities and manage budgets effectively.

During his career, Mr. Archery has worked with leading security manufacturing, system integration, and consulting organizations. Significant international experience has informed his approach to the roll out of systems across different geographies.

Mr. Archery specializes in legacy migration and new construction projects, facilitating effective communication between critical stakeholders to drive effective project outcomes.

In addition to his design and engineering experience, Mr. Archery has extensive bid management and proposal development experience based on Shipley and Associates best practices.

### EDUCATION
- Bachelor of Arts, Economics, University of Kent
- Prince2 Practitioner
- BTEC Security Consulting

### PROFESSIONAL AFFILIATIONS
- Security Institute

### AREAS OF EXPERTISE
- Threat and Risk Assessments
- Security Needs Assessments
- High Level System Design
- Detailed system Design
- Security Systems
- Communications Systems
- Bid Management
- Tendering
- Project Management



# MATTHEW NELSON

## 24x7 Global Operations Monitoring Manager

AREAS OF EXPERTISE
- Private Security
- Global Security + Logistics
- Executive Security
- Travel Management

Matt Nelson is a seasoned professional who remains dedicated to upholding the highest standards of security and logistics excellence. He co-founded and led RMS International, a renowned global security and logistics firm headquartered in West Palm Beach, Florida, USA. With a founding date back in 2012, RMS International established itself as a leading provider of both short-term and long-term security and logistics solutions worldwide.

Throughout his career, Mr. Nelson has demonstrated exceptional proficiency in various facets of security and logistics operations. His expertise spans close protection, security drivers, travel management, fixed and rotary wing support, overland logistical support, infrastructure development, and emergent evacuation of personnel and assets. Mr. Nelson's leadership has been instrumental in shaping RMS International's focus on delivering top-tier services to major corporate clientele, ensuring the safety and security of personnel and assets in diverse environments.

Under Mr. Nelson's guidance, RMS International has undertaken numerous high-stakes projects across different continents. From coordinating the evacuation efforts during natural disasters like Hurricane Dorian in the Bahamas to providing full logistical and security support for sustainable energy grid development in Chad and Comoros, he has consistently demonstrated a commitment to excellence in every endeavor.

His hands-on involvement in critical operations such as the evacuation of personnel and assets in conflict zones like Afghanistan/Pakistan and the Ukraine War, as well as his strategic planning for mass evacuations during crises such as the Israeli conflict, underscores his ability to navigate complex security challenges with precision and efficiency.

In 2023 alone, RMS International, under Mr. Nelson's leadership, conducted operations in 29 separate countries, a testament to their global reach and effectiveness.



# MARTIN LESLIE HARROCKS

Security Agent

With over 35 years of employment experience spanning both the Military and Private sectors, Martin-Leslie Horrocks is an accomplished Corporate and Protective Services professional adept at navigating challenging environments. Having served in esteemed roles within the British Army and the French Foreign Legion, he brings a wealth of expertise to the table. Fluent in both English and French, he is renowned for his ability to lead multicultural teams through fast-paced, high-risk scenarios, making time and safety critical decisions with precision.

In his current role as a security manager in Jubail, Kingdom of Saudi Arabia, Mr. Horrocks oversees security, safety protocol, and logistical organization for the TotalEnergies Expatriate Community. He has played a pivotal role in conducting security audits, loss prevention investigations, and developing comprehensive physical security and evacuation plans. His proficiency extends to in-house and external security/safety training, as well as intelligence gathering and VIP protocol management.

During his tenure as a project security manager with Armor Group in Olero Creek, Warri, Nigeria, Mr. Horrocks coordinated security for the start-up of the Chevron Olero Creek restoration project. His responsibilities included writing and implementing security and evacuation plans, interfacing with clients and government agencies, and managing guard forces across land and water-based sites.

Security Consultant and Military Service

Mr. Horrocks has also contributed significantly as a security consultant for RedFour Security Group, conducting risk assessments and high-profile close security missions in conflict zones like Iraq and the Democratic Republic of Congo. His experience extends to serving as an Armed Close Security Officer with DynCorp International in Baghdad and Northern Iraq, providing security for high-profile U.S. State and Justice Department dignitaries.

Prior to his private sector roles, Mr. Horrocks served with distinction in the French Foreign Legion and the British Army, where Mr. Horrocks honed his leadership skills and gained extensive experience in managing personnel and state-of-the-art equipment during deployments worldwide.

Mr. Horrocks holds a Platoon Commanders Qualification from the French Military Platoon Commanders Academy, emphasizing management preparedness, mission preparation, and expert weapons employment in hostile environments communication.

## EDUCATION
- Platoon Commanders Qualification, Man Management in Hostile Environments (Over 30 Multicultural Combat soldiers), 1996, French Military Platoon Commanders Academy

## AREAS OF EXPERTISE
- Physical Security
- Investigations

## LANGUAGES
- French
- English

13



# JOSEF MAYRHOFER
Security Agent

With over three decades of military and civilian expertise in defense and security operations, Josef Mayrhofer is a defense and security consultant with a wealth of experience in both military and private security sectors. Throughout a distinguished twenty-two-year tenure within the French Foreign Legion, he held key roles including Intelligence Deputy, Combat Platoon Commander, and Company Sergeant Major, honing specialized skills in counter-IED operations, combat engineering, and base defense preparation.

In his civilian capacity since 2013, he has contributed significantly to the private security and military training industry. Notably, he served as a security manager overseeing the security of a French engineering team in Mali, demonstrating adeptness in threat analysis, security planning, and coordination. Additionally, he served as a contracted military trainer within the Global Peace Operations Initiative (GPOI) program, imparting vital skills in counter-IED operations and soldier training to UN Peacekeepers from various African nations.

Mr. Mayrhofer's diverse skill set extends to maritime security, where he has demonstrated proficiency in implementing anti-piracy measures and safeguarding personnel and assets in the Gulf of Guinea. Certified in a range of specialized areas including C-IED & EOD/UXO awareness training, he brings comprehensive expertise in risk assessment, security planning, and force security strategies.

Equipped with multilingual proficiency in English, French, and German, Mr. Mayrhofer has effectively conducted training sessions for small arms and explosives, contributing to the development of agile leaders and enhancing collective soldier skills. His commitment to excellence is evidenced by his extensive list of certifications, including those from the United Nations Mine Action Service (UNMAS) and various military academies.

In his recent role as a security manager in Mali, he led a team of armed Close Security Officers, formulated security strategies, and maintained close liaison with high-value partners to ensure the safety of personnel and assets. Prior engagements encompassed training initiatives for peacekeeping battalions in Rwanda and Benin, highlighting his versatility in delivering tailored training programs across diverse environments.

Combining a robust military background with civilian expertise, the Defense and Security Consultant is poised to deliver strategic insights and operational excellence in defense and security consulting roles, exemplifying a steadfast commitment to safety, preparedness, and professionalism.

## EDUCATION
- United Nations Mine Service (UNMAS), Mali, 2019: Completed the IED Post Blast Investigation Level 1 course.
- French Military Intelligence Training Center (CEERAT), Saumur, France, 2007: Completed the intelligence course for Senior NCOs (Battalion level).
- French Military Engineer Academy, Angers, France, 2001: Completed the Advanced Military Combat Engineering

## CERTIFICATIONS
- Certified auditor in the field of C-IED & EOD/UXO awareness training for both military and civilian staff.
- Certified AST (Advanced Search Team Lead / Search&Detect) trainer for combat engineers and infantry.
- UN certified in SSAFE (HEAT) and in preparing and responding to active shooter incidents.
  Certified WIT (Weapons Intelligence Team), collection, analysis and dissemination of information about hostile forces.

## LANGUAGES
- English
- French
- German

# PAUL KANE

## Security Agent

CERTIFICATIONS
- Currently following Level 5 ISRM Security Management Diploma.
- Level 4 Project Management, Close Security. VMB Security & Solutions BV Netherlands, 2001.
- S.I.A. Front Line Close Security
- FREC 3 Medical
- Numerous Close Security Firearms and Driving Courses

LANGUAGES
- English
- French

Paul Kane is a highly motivated individual with a wealth of experience in managing multicultural projects and leading teams to provide tailored services meeting clients' specific needs. With a background in diplomatic security, security management, and field operations, Paul has demonstrated his ability to thrive in complex and hostile environments across various regions including the Caribbean, North and West Africa, the Middle East, South Asia, and Europe.

Equipped with professional qualifications including a Level 5 ISRM Security Management Diploma, Level 4 Project Management, and S.I.A. Front Line Close Security certification, Mr. Kane's expertise spans across security management, close security, and project coordination. He has also undergone extensive training in areas such as firearms, medical response, and driving, further enhancing his skill set.

In his most recent role as Diplomatic Security at the Embassy of Japan in Ukraine, Mr. Kane has showcased his proficiency in ensuring the safety and security of diplomatic personnel and assets. Prior to this, he served as the Security Manager at The Kane Group, where he honed his leadership skills in overseeing security operations.

Mr. Kane's career highlights include his tenure as the Haiti Regional Operations Manager at GardaWorld SSMEA, where he managed multiple evacuations during a three-and-a-half-year period. He has also provided personal security to high-profile individuals such as lead artists and families, including The Rolling Stones.

With a military background in the French Foreign Legion, where he spent nine years in the Second Foreign Parachute Regiment, Mr. Kane brings invaluable experience in human resources management, combat instruction, and commando techniques. His field of experience extends to the security of military and civilian authorities in conflict zones, as well as the evacuation of expatriates from areas of turmoil.

Paul Kane is a seasoned professional with a proven track record of delivering exceptional security solutions and leading teams to success in challenging environments. His dedication, expertise, and commitment to excellence make him a valuable asset in any security-focused organization.

# MARTIN GILMOUR
## Security Agent

## EDUCATION
- NEW ZEALAND MARITIME SCHOOL, Ship Security Officer (2006). STCW'95 (Fire, First Aid, Survival, Responsibility) (2006).
- Canterbury University-Christchurch, New Zealand, Professional Short Course in Project Management (2002)
- Massey University-Palmerston North, New Zealand, 1996
- Welbeck College, Workshop, Notts. England

## AREAS OF EXPERTISE
- Physical Security

## LANGUAGES
- English
- French

Martin Gilmour brings extensive expertise in security management garnered through diverse roles across numerous regions worldwide. With a focus on Africa, Martin has served as a security manager for Engie EEA, overseeing operations in nine countries including Uganda, Nigeria, and Mozambique. His responsibilities encompass strategic security planning and execution, ensuring the safety of personnel and assets in challenging environments.

Prior to his current role, Mr. Gilmour held positions in various organizations, including as an intelligence officer for 3900 Group, where he provided critical intelligence and security support, particularly in Libya and Burkina Faso. His experience extends to roles such as security advisor for Oxfam GB Mali, where he provided comprehensive security documentation and advice, and as Convoy Operations Director & Business Development Manager for TSIG in Afghanistan, demonstrating his ability to manage complex operations and foster business growth simultaneously.

Mr. Gilmour's career also includes roles in project management and community relations, such as his tenure as a Project Manager for Save the Children in Mogadishu, Somalia, where he managed security and logistics for humanitarian projects. His diverse background encompasses experiences ranging from security management in Papua New Guinea to civil defense management in New Zealand, showcasing his adaptability and leadership across various contexts.

Educationally, Mr. Gilmour holds certifications in Ship Security Officer training and STCW'95 compliance, complementing his practical skills with formal maritime security expertise. Additionally, he has pursued professional development in project management and development studies, enhancing his ability to navigate complex project environments effectively.

With advanced driving skills, comprehensive knowledge of infantry weapon systems, and a nuanced approach to diplomacy, Mr. Gilmour is a seasoned professional capable of addressing multifaceted security challenges with precision and efficiency. His track record of success across diverse geographies underscores his value as a strategic asset in any security-focused endeavor.



Bogotá
Chicago
Dallas
Honolulu
London
Los Angeles
Miami
New York
Palm Beach
Phoenix
San Francisco
Seattle
Singapore
Walnut Creek
Washington, DC



## WE ARE YOUR GUIDEPOST.

Guidepost Solutions offers global investigations, compliance, monitoring, and security and technology consulting solutions that keep you moving forward. Whether you are facing a challenge or pursuing an opportunity, our team of experts provides leadership and strategic guidance to address your needs.

## ANDREW J. O'CONNELL

President, Investigations + Private Client Security
+1 202.499.4330
aoconnell@guidepostsolutions.com
guidepost-solutions
GuidepostGlobal

© Guidepost Solutions LLC