The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendant. | NO. CR23-179RAJ<br><br>UNITED STATES' MOTION TO SEAL SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>NOTE ON MOTION CALENDAR: APRIL 26, 2024 |

The United States hereby requests that the United States' Supplemental Sentencing Memorandum, which will be filed under seal following this motion, be allowed to remain under seal. Sealing is appropriate because the filing discusses material addressed in the sealed, unredacted version of the defense sentencing memorandum. The basis for sealing is further set forth Zhao's motion to seal (Dkt. 79).

DATED this 26th day of April, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

Motion to Seal Document
*United States v. Zhao*/CR23-179RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|    |    |
|----|----|
| 1  |    |
| 2  | *s/Michael Dion* |
| 3  | MICHAEL DION<br>Assistant United States Attorney<br>United States Attorney's Office |
| 4  | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 5  | Phone: 206-553-7729<br>Fax: 206-553-0755 |
| 6  | Email: michael.dion@usdoj.gov |
| 7  |    |

Motion to Seal Document
*United States v. Zhao*/CR23-179RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970