The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-179RAJ |
| Plaintiff, | |
| | [Proposed] |
| v. | ORDER TO SEAL UNITED STATES' |
| CHANGPENG ZHAO, aka "CZ," | SUPPLEMENTAL SENTENCING |
| Defendant. | MEMORANDUM |

Having read the Government's Motion to Seal, and for the reasons set forth therein, it is hereby ORDERED that the United States Supplemental Sentencing Memorandum shall remain sealed.

DATED this _____ day of April, 2024.

_____
HON. RICHARD A. JONES
United States District Judge

Order to Seal - 1
*United States v. Zhao*/CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ Michael Dion*

3  MICHAEL DION
   Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to Seal - 2
*United States v. Zhao*/CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970