Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHANGPENG ZHAO, aka "CZ," <br><br> Defendant. | NO. CR23-179RAJ <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Ian C. Richardson, Chief Counsel for Corporate Enforcement in the National Security Division of the U.S. Department of Justice, hereby appears as counsel for the United States of America in the above-referenced matter.

//

//

//

Notice of Appearance- 1
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of April, 2024.

        Respectfully submitted,

        MATTHEW G. OLSEN
        Assistant Attorney General


        */s/ Ian C. Richardson*
        IAN C. RICHARDSON
        Chief Counsel for Corporate Enforcement
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, DC 20530
        Phone: 202-307-3033
        Ian.Richardson@usdoj.gov

Notice of Appearance- 2
*United States v. Changpeng Zhao*, CR23-179RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970