THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. CR23-179 (RAJ)<br><br>MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>*Note on Motion Calendar:*<br>*May 13, 2024* |

Defendant Changpeng Zhao moves to file his response ("Response") to the Government's Supplemental Sentencing Memorandum under seal because the Response contains confidential and sensitive information. This motion relies upon the same arguments set forth in Mr. Zhao's Motion to Seal the Unredacted Version of Defendant's Sentencing Submission, and Mr. Zhao incorporates those arguments herein by reference. *See* Dkt. 79.

Accordingly, Mr. Zhao moves for leave to file the Response under seal.

MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM  1
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

Dated this 29th day of April, 2024.

By: */s/ Benjamin Naftalis*
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

William Burck (*pro hac vice*)
Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnamemanuel.com

*/s/ Mark Bartlett*
Mark Bartlett
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
Tel: (206) 757-8298
markbartlett@dwt.com

*Attorneys for Defendant Changpeng Zhao*

*I certify that this memorandum contains 71 words, in compliance with the Local Criminal Rules.*

MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

2

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

# **CERTIFICATE OF SERVICE**

I, Benjamin Naftalis, hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of Court by email.

*/s/ Benjamin Naftalis*
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

3

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200