THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANGPENG ZHAO,<br><br>Defendant. | No. CR23-179 (RAJ)<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM |

THIS MATTER comes before the Court on Defendant Changpeng Zhao's Motion to Seal Defendant's Response to Government's Supplemental Sentencing Memorandum. Having found good cause, the Court GRANTS the motion to seal.

Dated this ___ day of _____, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

1

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200

Presented by:

Latham & Watkins LLP
Attorney for Defendant Changpeng Zhao

By: /s/ Benjamin Naftalis
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com

William Burck (*pro hac vice*)
Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnamemanuel.com

Mark Bartlett
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
Tel: (206) 757-8298
markbartlett@dwt.com

[PROPOSED] ORDER GRANTING MOTION TO SEAL
DEFENDANT'S RESPONSE TO GOVERNMENT'S
SUPPLEMENTAL SENTENCING MEMORANDUM
(*United States v. Changpeng Zhao*, CR23-179-RAJ)

2

LATHAM & WATKINS LLP
1271 Avenue of the Americas, New York, NY 10020
(212) 906-1200